In The
UNITED STATES COURT OF APPEALS
For The Fourth Circuit

UNITED STATES OF AMERICA,
Plaintiff - Appellee,

v.

DONNELL WILLIAMSON, *et al.,*
Defendant - Appellant,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT GREENBELT

----------------------------------------------------------------------

**APPELLANT'S UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

----------------------------------------------------------------------

NOW COMES APPELLANT, Ted Duckett, through undersigned counsel, and pursuant to FRAP 26(b), to enlarge the time within which to file Appellant's Brief. As grounds therefore, Appellant represents as follows:

1.  That, this is a direct appeal from a sentence imposed on the Appellant following his entry of a plea of guilt to the offenses of Conspiracy To Possess With the Intent to Distribute Cocaine in violation of 21 USC §§ 846 and 841(b)(1)(A)

and Possession of a Firearm in Furtherance of a Drug Trafficking Crime and a Crime of Violence in violation of 18 USC § 924(c).

2. That, co-Defendant, Donnell Williamson, is also a co-Appellant in the above referenced matter (Case No. 16-4114) and is represented by Clark Fleckinger II, Esq.

3. That, pursuant to the Scheduling Order issued in the above referenced Appellants' opening briefs and appendices are due to be filed on or before August 1, 2016.

4. That, as a result of a substantial number of other professional and personal obligations, neither undersigned counsel for Mr. Williamson, nor counsel for Mr. Duckett have been able to adequately research the anticipated appellate issues and to prepare the appellate briefs and appendices on behalf of Appellants. In addition, counsel for Mr. Duckett had has briefcase stolen from a rental car in Puerto Rico which contained a laptop with weeks of work on the brief on it and counsel for Mr. Williamson has personal unexpected out of town obligations.

5. That, accordingly, both undersigned counsel for Mr. Duckett and counsel for Mr. Williamson respectfully move this Honorable Court for a 4 week enlargement of time within which to file Appellants' briefs and appendices so as to require the filing of the aforesaid on or before September 22, 2016.

6. The Government has no opposition to the request made herein.

WHEREFORE, Appellant respectfully requests that Appellant's Unopposed Motion To Enlarge Timee Within Which to File Appellant's Opening Brief and Appendix be granted.

Respectfully submitted,

_____/s/_____
Kevin J. McCants
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202-459-4676
202-330-5155 (fax)
Counsel for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing Appellant's Unopposed Motion To Enlarge Time Within Which to File Appellant's Opening Brief and Appendix has been served, by ECF, upon the Office of the United States Attorney for the District of Maryland and upon Kevin McCants, counsel for co-Appellant, Ted Duckett, this 3rd day of August 2016.

_____/s/_____
Kevin J. McCants