FILED: February 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4085 (L)
(8:13-cr-00626-PWG-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONNELL WILLIAMSON, a/k/a Anthony Thomas

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the consent motion and amended motion to unseal appellants' opening brief and volume III of the joint appendix, the court grants the motion. Appellants are directed to file a corrected unsealed opening brief and corrected unsealed volume III of the joint appendix, both electronically and in paper form, within 10 days of the date of this order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk